ERNEST T. KUHS, Respondent, v. FLOWER CITY TISSUE MILLS COMPANY and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the APPOINTMENT OF TWO TRUSTEES OF THE CITY AND COUNTY HALL, for the Use of the City of Buffalo and the County of Erie, in the Place of HOWARD BISSELL and ALBERT H. HOYT, Whose Terms of Office Expired May 2, 1918.— Howard Bissell and Albert H. Hoyt appointed trustees to succeed themselves, each for the term of six years, expiring May 2, 1924.

In the Matter of the Petition of WILLIAM W. FARLEY, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 19,927, Issued to ONTARIO WINE AND LIQUOR COMPANY, Appellant.— Motion to dismiss appeal denied, upon condition that appellant shall be ready to argue appeal in ten days.

In the Matter of the Application of the CITY OF SYRACUSE to Acquire Title to Lands for the Construction and Equipment of a Sewage Disposal Works for Said City.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

MARY GROVES and Others, Appellants, v. CHEVROLET MOTOR COMPANY, Respondent.— Appeals dismissed, without costs of this appeal to either party, it appearing that since the argument of the appeals the plaintiffs have received the answer and accepted the costs imposed as a condition of receiving the same. All concurred.

ANTHONY J. FRIEDMAN, Respondent, v. ÆTNA ACCIDENT AND LIABILITY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $119.55 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except Kruse, P. J., who dissented and voted for affirmance.

IRVING A. HODGE, Respondent, v. CANADIAN STEWART COMPANY, LIMITED, Appellant.— Order reversed, with ten dollars' costs and disbursements, and motion granted, upon condition that the defendant pay all taxable costs to date and consent that the plaintiff may discontinue this action, without costs, if so advised. All concurred.

In the Matter of Proving the Last Will and Testament of MARY SHERIDAN, Deceased. JOSEPH L. SHERIDAN and Others, Appellants; THOMAS DONOHUE, as Executor, etc., and Others, Respondents.— Decree and order affirmed, with costs. All concurred.